# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| JANIS LOWE, *et al.*, | § | |
| Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO. 9:05-CV-38 |
| ELTAN, B.V., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## RECOMMENDATION ON MOTION TO DISMISS

The Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive pretrial motions. On July 31, 2017, Judge Giblin issued a report and recommendation on defendant Anna Cole's Motion to Dismiss filed pursuant to Federal Rule of Civil Procedure 12(b)(4)&(5).

No party has filed objections to the report. The Court has reviewed the motion and Judge Gibln's report and recommendation. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72. There being no objections, the Court **ORDERS** that Judge Giblin's Report and Recommendation [Doc. No. 318] is **ADOPTED**. Defendant Anna Cole's Motion to Dismiss [Doc. No. 306] is **DENIED**.

So **ORDERED** and **SIGNED** this **26** day of **September, 2017.**

Ron Clark, United States District Judge